IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN and EVELYN DIAS,<br><br>        **Plaintiff**,<br>  v.<br><br>JOHN PENA, individually;<br>PLANTATION FINANCIAL GROUP INC., a Florida corporation, VOYAGER HOLDINGS, INC., a Florida corporation; CONCORD EQUITY GROUP LLC, a limited liability company and a registered securities broker-dealer,<br><br>        **Defendants** | 1:08-CV-0171 AWI SMS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO ANOTHER DISTRICT COURT JUDGE |

The undersigned finds it necessary to recuse himself in this action. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994). The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

Dated:   April 21, 2008               /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE