Scott R. Shewan - CA State Bar No. 119085
**BORN, PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California  93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

| | |
|---|---|
| MELVIN and EVELYN DIAS,<br><br>         Plaintiffs,<br><br>     v.<br><br> JOHN PENA, individually; PLANTATION FINANCIAL GROUP INC., a Florida corporation; VOYAGER HOLDINGS, INC., a Florida corporation; CONCORD EQUITY GROUP LLC, a limited liability company and a registered securities broker-dealer;<br><br>         Defendants. | **Case No.**  1:08-CV-00171-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

The parties hereto, having reached a stipulation to submit this matter to arbitration, by and through the undersigned counsel of record, stipulate that this action may be dismissed without prejudice as to Defendant CONCORD EQUITY GROUP LLC, only.


Dated: _____, 2008       BORN, PAPE & SHEWAN, LLP


                                    By _____
                                       Scott R. Shewan, Attorneys for Plaintiffs,
                                       Melvin and Evelyn Dias

1

STIPULATION FOR DISMISSAL;  ORDER THEREON

Dated: _____, 2008        LAW OFFICES OF BARRY M. BORDETSKY

                                             By  _____
                                                 Barry M. Bordetsky, Attorneys for
                                                 Defendant, Concord Equity Group, LLC

**O R D E R**

Upon stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that this action is dismissed without prejudice as to CONCORD EQUITY GROUP LLC, only.

IT IS SO ORDERED.

Dated:   **September 26, 2008**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL;  ORDER THEREON