Scott R. Shewan - CA State Bar No. 119085
**BORN, PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California  93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

| | |
|---|---|
| MELVIN and EVELYN DIAS,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHN PENA, individually; PLANTATION FINANCIAL GROUP INC., a Florida corporation; VOYAGER HOLDINGS, INC., a Florida corporation; CONCORD EQUITY GROUP LLC, a limited liability company and a registered securities broker-dealer;<br><br>   Defendants. | Case No.  1:08-CV-00171-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

The parties hereto, having reached a stipulation to submit this matter to arbitration, by and through the undersigned counsel of record, stipulate that this action may be dismissed without prejudice as to Defendants JOHN PENA, PLANTATION FINANCIAL GROUP INC., and VOYAGER HOLDINGS, INC.

Dated:  October ___, 2008              BORN, PAPE & SHEWAN, LLP

                                       By   _____/s/_____
                                            Scott R. Shewan, Attorneys for Plaintiffs,
                                            Melvin and Evelyn Dias

1

---
STIPULATION FOR DISMISSAL;  ORDER THEREON

Dated: October ___, 2008               THE GEORGE LAW GROUP, P.A.


                                       By        /s/
                                          _____
                                          John G. George, Attorneys for Defendants,
                                          John Pena, Plantation Financial Group Inc.
                                          and Voyager Holdings, Inc.


# O R D E R

Upon stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that this action is dismissed without prejudice as to JOHN PENA, PLANTATION FINANCIAL GROUP INC., and VOYAGER HOLDINGS, INC.

IT IS SO ORDERED.

**Dated:   October 17, 2008**             **/s/ Oliver W. Wanger**
                                          _____
                                          UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL; ORDER THEREON